**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Claremont Restaurant Group, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 56-2081735 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>129 Fast Lane<br>Mooresville, NC<br>ZIPCODE 28117 | Street Address of Joint Debtor (No. and Street, City, and State<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Iredell | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 3130<br>Mooresville, NC<br>ZIPCODE 28117 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Restaurant

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Claremont Restaurant Group, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

**B1 (Official Form 1) (4/10)**                                                                                      **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Claremont Restaurant Group, LLC |

<b>Signatures</b>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)

TRAVIS W. MOON 3067
Printed Name of Attorney for Debtor(s)

HAMILTON MOON STEPHENS STEELE & MARTIN, PLLC
Firm Name

201 S. College Street, Suite 2020
Address

Charlotte, NC 28244

704-344-1117
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

JIMMIE LEE PETERSON
Printed Name of Authorized Individual

PRESIDENT
Title of Authorized Individual

4/16/10
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010 New Hope Software, Inc., ver. 4.5-674B - 31669

## CORPORATE RESOLUTION

I, the undersigned, being the director of Claremont Restaurant Group, LLC, a North Carolina limited liability corporation (the "Company") having a corporate headquarters located at 129 Fast Lane, Mooresville, NC 28117, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Hamilton Moon Stephens Steele & Martin, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
      April 16, 2010

By: _Jimmie Lee Peterson_
Name: Jimmie Lee Peterson
Title: Director

{00224658.DOC V. J074.017747;}

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

In re   Claremont Restaurant Group, LLC                    ,
                                    Debtor

Case No. _____

Chapter    11    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Institution Food House 700 12th Street Drive NW Hickory, NC 28601 | | | | 2,010,582.02 |
| Kanawha Healthcare Solutions PO Box 610 Lancaster, SC 29721 | | | | 215,648.90 |
| CIT Technology Financing One Deerwood 10201 Centurian Park N Suite 100 Jacksonville, FL 32256 | | | | 155,320.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

BB&T
PURCHASING
CARD
 PO Box 698
Wilson, NC 27894                                                                                      116,826.57

FARNAM STREET
FIN (RECURR)
 240 Pondview Plaza,
5850 Opus Pkwy.
 Minnetonka, MN
55343                                                                                                108,680.00

McGUIRE
WOODS-Virginia
 901 E.Cary Street
Richmond, VA 23219                                                                                    86,225.40

DOUGLAS
DISPLAYS
 7506 East
Independence Blvd.
Suite 124
Charlotte, NC 28227                                                                                   70,734.00

NIXON PEABODY
 401 9th ST. NW Suite
900
Washington, DC
20004                                                                                                70,462.91

Interstate Developers
1035 W. Main Street
Wytheville, VA
24382                                                                                                52,490.00

SCOTT INSURANCE
 6135 Park South
Drive, Ste 100
Charlotte, NC 28210                                                                                   49,580.50

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| D. C. Lawrence<br>PO box 1693<br>Clemmons, NC 27012 | | | | 40,200.00 |
| RESTAURANT LIQUID SERVICES, LLC<br>12986 Collections Center Dr.<br>Chicago, IL 60693 | | | | 37,550.24 |
| Emrose Corporation<br>Attn: George Havin<br>PO Box 108<br>Henderson, NC 27536 | | | | 32,228.00 |
| Old Dominion Bristol VA<br>52 Sagamore Road<br>Bronxville, NY 10708 | | | | 31,532.39 |
| RiverView Holdings, LLC<br>230 Dutchman Creek Road<br>Elkin, NC 28621 | | | | 31,050.00 |
| BB&T CREDIT CARD<br>P.O. Box 698<br>Wilson, NC 27894 | | | | 29,555.87 |
| CFR Foods<br>180 Golden Bear Lane<br>Clemmons, NC 27012 | | | | 28,483.05 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

GREAT AMERICAN
INSURANCE
COMPANIES
P.O. Box 691516
Cincinnati, OH 45269
                                                                                    27,575.71

Tennessee Land
Company
PO Box 730
Claremont, NC 28610
                                                                                    23,680.00

Circle Enterprises
410 West Pope Street
Dunn, NC 28334
                                                                                    22,500.00

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _Aprl 16, 2010_

Signature _Jimmie Lee Peterson_
JIMMIE LEE PETERSON,

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669

UNITED STATES BANKRUPTCY COURT
**Western District of North Carolina**

In re    Claremont Restaurant Group, LLC                ,
                        Debtor

Case No.    _____

Chapter    11    _____

### List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| JP Steakhouse LLP<br>PO Box 3130<br>Mooresville, NC  28117 | 100.00 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jimmie Lee Peterson, ___PRESIDENT___ of Claremont Restaurant Group, LLC, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Claremont Restaurant Group, LLC

By : ___Jimmie Lee Peterson___          Date : ___April 16, 2010___
        Jimmie Lee Peterson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

In re:                                              )   Chapter 11
                                                    )
**CLAREMONT RESTAURANT GROUP, LLC**                 )   10-_____
                                                    )
                    Debtor.                         )

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1 and to enable the Judges to

evaluate possible disqualification or recusal, the undersigned counsel for Claremont Restaurant

Group, LLC in the above-captioned action, certifies that JP Steakhouse, LLC owns 100% of the

equitable interests of the Debtor.

Dated: Charlotte, North Carolina
       April 16, 2010

                              HAMILTON MOON STEPHENS STEELE
                              & MARTIN, PLLC

                              _____
                              Travis W. Moon (Bar No. 3067)
                              Glenn C. Thompson (Bar No. 37221)
                              2020 Charlotte Plaza
                              201 South College Street
                              Charlotte, North Carolina 28244-2020
                              Telephone: (704) 344-1117
                              *Counsel for the Debtor*

{00224661.DOC V. J074.017747;}

AAA K.W.D.  LOCK & KEY
 470 Straffordshire Road
Winston-Salem, NC 27104


ADAMS REFRIGERATION SERVICES, LLC
P.O. BOX 12041
WINSTON-SALEM, NC 27117


ADAMS SERVICES
 PO Box 451
Fort Mill, SC 29716


AIRGAS-NATIONAL WELDERS
P.O. BOX 601985
CHARLOTTE, NC 28260-1985


ALARMSOUTH
PO BOX 5393
STATESVILLE, NC 28687


ALBEMARLE PROPANE, INC.
 PO Box 99
Camden , NC 27921


ALEXANDER EQUIPMENT CO., INC.
 PO Box 25165
Winston-Salem, NC 27114


ALL PRO 24 HOUR PLUMBING
PO BOX 811
ASHEVILLE, NC 28802


ALL-STAR SAFETY
222 HAYFIELD DRIVE
CANTON, NC 28716


AMERICAN FACTORS CORPORATION
 PO Box 677517
Dallas, TX 75267

AMERICAN SECURITY SHREDDING - new
1619 GIBBS DRIVE
GAINESVILLE, GA 30507-8300


APPALACHIAN POWER-24413
 PO Box 24413
Canton, OH 44701


ARAMARK UNIFORM -905810
 727 Bryant Rd
Spartanburg, SC 29303


ARAMARK UNIFORM-1027
P.O. BOX 1027
BLUEFIELD, VA 24605-1027


ARAMARK UNIFORM-668563
P.O. BOX 668563
CHARLOTTE, NC 28266-8563


ARAMARK UNIFORM-905763
PO BOX 905763
CHARLOTTE, NC 28290-5763


ARAMARK UNIFORM-92430
P.O. BOX 92430
NASHVILLE, TN 37209-8430


ARCET
1700 CHAMBERLAYNE AVENUE
RICHMOND, VA 23222


ASHBY'S UNLIMITED SERVICES LLC
 2912 Hilliard Road
Richmond, VA  23228


ASHEVILLE FIRE PROTECTION CO., INC.
P.O. BOX 6798
ASHEVILLE, NC 28816

AT & T LONG DISTANCE SERVICE
PO BOX 856178
LOUISVILLE, KY 40285-6178

ATMOS ENERGY
 PO Box 790311d
St. Louis, MO 63179

AUTHORIZED COMMERCIAL EQUIPMEN
 PO Box 668549
Charlotte, Nc 28266

AVAYA, INC. - NY
PO BOX 5332
NEW YORK, NY 10087-5332

AVAYA, INC.- IL
 Deutsche Bank
IL

BACKGROUND INVESTIGATION BUREAU, INC.
9710 NORTHCROSS CENTER COURT
HUNTERSVILLE, NC 28078

BAGAT, INC dba BAGAT SOUTH
2817 WEST END AVE #126-191
NASHVILLE, TN 37203

BB&T - Att: Ranjit Rawley
200 S. College Street, 2nd Floor
Charlotte, NC 28202

BB&T - Att: Ranjit Rawley
201 S. College Street, 2nd Floor
Charlotte, NC 28203

BB&T CREDIT CARD
 P.O. Box 698
Wilson, NC 27894

BB&T PURCHASING CARD
 PO Box 698
Wilson, NC 27894


BEESON SIGN CO, INC.
 1115  Adams Street
Kernersville, NC 27284


BIRCHFIELD BROTHERS SEPTIC-Waynesville
 70 Meadow Street
Waynesville, NC 28786


BLUE RIDGE PROPANE, INC.
P.O. BOX 720
GALAX, VA 24333


BOARD OF PUBLIC WORKS
 PO Box 64
Gaffney , SC 29342


BOB PREVATTE FOUNDATION


BODENHEIMER PLUMBING SERV. INC
 PO Box 5432
Winston-Salem, NC 27113


BRENDAN BARRETT HEATING & COOLING
40 VERMONT CT
ASHEVILLE, NC 28806


BRETT RAKESTRAW LANDSCAPES
570 CAMP DAN VALLEY RD.
REIDSVILLE, NC 27320


BRISTOL ELECTRIC SERVICE & TECHNOLOGY LLC (new)
20079 BENHAMS ROAD
BRISTOL, VA 24202

BRUSHY MOUNTAIN LAWN CARE
 235 Preachers Bottom Lane
Moravian Falls, NC 28654


C & F CONSTRUCTION (new)
506 POPLAR SPRINGS CHURCH RD
SHELBY, NC 28150


C&M FLP
180 Golden Bear Lane
Clemmons, NC 27012


C-CLEAR WINDOW CLEANERS
P.O. BOX 83
BRISTOL, TN 37621-0083


CAPE FEAR COMMERCIAL LAWN SERVICE & LANDSCAPING INC.
P.O. BOX 9657
FAYETTEVILLE, NC 28311


CAROLINA RESTAURANT SUPPLY
3364-B SOUTH CHURCH STREET
BURLINGTON, NC 27215


CAROLINA SEPTIC INC.
141 FURLONG INDUSTRIAL DRIVE
KERNERSVILLE, NC 27284


CAROLINA SIGNS & LIGHTING, INC.
PO BOX 1037
RURAL HALL, NC 27045


CATAWBA COUNTY CHAMBER OF COMM
HICKORY, NC 28603-1828


CATCHINGS WINDOW CLEANING
3417 MT. BEULAH ROAD
SHERRILLS FORD, NC 28673

CCI TELECOM, INC.
612 SIGNAL HILL DR. EXT.
STATESVILLE, NC 28625


CELEY'S QUALITY PLUMBING, INC.
8991 NC HWY 27 EAST
BENSON, NC 27504


CENTER HEATING AND A/C INC
P.O. BOX 2746
SANFORD, NC 27331


CERIDIAN STORED VALUE SOLUTIONS, INC.
101 BULLITT LANE, SUITE 305
LOUISVILLE, KY 40222


CFR Foods
180 Golden Bear Lane
Clemmons, NC  27012


CHAD MILEM (new)
PO BOX 759
CHINA GROVE, NC 28023


CHAD THOMPSON PLUMBING
516 LANDIS STREET
ALBEMARLE, NC 28001


CHEROKEE CO. CHAMBER
225 S. LINESTONE ST.
GAFFNEY, SC 29340-3013


CHEROKEE SPRINKLER COMPANY, INC.
7531 TWIN CREEK RD
KNOXVILLE, TN 37920


CHRISTIANSBURG CASH REGISTER
 3 Roanoke Street
Christiansburg, VA 24068

CHUCK'S ACR INC.
P.O. BOX 2561
KITTY HAWK, NC 27949


Circle Enterprises
410 West Pope Street
Dunn, NC  28334


CIT Technology Financing
One Deerwood
10201 Centurian Park N Suite 100
Jacksonville, FL  32256


CITADEL BROADCASTING COMPANY
P. O. BOX 8668
GRAY, TN 37615


CITY OF BREVARD
95 W MAIN ST
BREVARD, NC 28712


CITY OF COLONIAL HEIGHTS(3401)
COLONIAL HEIGHTS, VA 23834-9001


CITY OF DUNN
P.O. BOX 1107
DUNN, NC 28335


CITY OF KINGSPORT- (utilities)
225 WEST CENTER ST.
KINGSPORT, TN 37660


CITY OF NEWTON
PO BOX 550
NEWTON, NC 28658-0550


CITY OF REIDSVILLE
230 WEST MOREHEAD STREET
REIDSVILLE, NC 27320

CITY OF SANFORD
PO BOX 1070
CHARLOTTE, NC 28201-1070

CITY OF SANFORD - LICENSE
PO BOX 3729
SANFORD, NC 27331

CITY OF SHELBY
P.O. BOX 207
SHELBY, NC 28151-0207

CITY OF WINSTON-SALEM - utility
PO BOX 580055
CHARLOTTE, NC 28258-0055

CL&L
CARTER'S LAWN CARE & LANDSCAPE
ELIZABETH CITY, NC 27909

CLEAN VIEW, INC.
529 W. PARK DRIVE
MONROE, NC 28112

COFFEY'S PRODUCE COMPANY
113 WHISPERING PINES DRIVE
HUDSON, NC 28638

COLONIAL PLUMBING & HEATING CO.
114 CHARLOTTE AVENUE
COLONIAL HEIGHTS, VA 23834

COLUMBIA GAS OF VIRGINIA
PO BOX 742529
CINCINNATI, OH 45274-2529

COMCAST-510
5720 ASHEVILLE HWY.
KNOXVILLE, TN 37924

COMER ELECTRIC COMPANY, INC.
2302 W. ANDREW JOHNSON HWY.
MORRISTOWN, TN 37814

COMFORT INN - CANTON
737 CHAMPION DR.
CANTON, NC 28716-0866

COMFORT INN ASHEVILLE AIRPORT
15 ROCKWOOD ROAD
ARDEN, NC 28704

COMFORT INN-LENOIR
970 BLOWING ROCK BLVD. NE
LENOIR, NC 28645

COMFORT SUIITES-COLONIAL HGTS
931 SOUTH AVE
COLONIAL HEIGHTS, VA 23834

COMMERCIAL SERVICES, INC./131
131 INTERNATIONAL DRIVE
MORRISVILLE, NC 27560

COMPORIUM - 410685
PO BOX 410685
CHARLOTTE, NC 28241

CONOVER PRINTING INC.
PO BOX 608
CONOVER, NC 28613

CRAVEN SERVICES, INC.
ATTN: CAROL CRAVEN
SEAGROVE, NC 27341

CREATIVE PUBLISHING
P.O. BOX 3596 CRS
JOHNSON CITY, TN 37602

CREATIVE SIGN SERVICE, INC.
ONE FREEDOM SQUARE
LAUREL, MS 39440-3367


CUTTING EDGE LANDSCAPING, INC.
335 MOUNTAIN HAVEN ROAD
WAYNESVILLE, NC 28786


D & M SERVICES
1750 COUNTY LINE ROAD
CAMERON, NC 28326


D & S LAWNCARE SERVICE INC.
4975 HONEST BOB ROAD
MAIDEN, NC 28650


D. C. Lawrence
PO box 1693
Clemmons, NC  27012


DATAWORKS INC.
4550 S  WINDERMERE STREET
ENGLEWOOD, CO 80110-5541


DAVIE ELECTRICAL COMPANY, INC.
PO BOX 1043
MOCKSVILLE, NC 27028


DAYMARK SAFETY SYSTEMS
PO BOX 1065
BOWLING GREEN, OH 43402-9697


DEERFIELD MAINTENANCE
604 UNION GROVE CHURCH RD.
DUNN, NC 28334


DELAWARE SECRETARY OF STATE
P.O. BOX 74072
BALTIMORE, MD 21274-4072

DENNIS WILLIS SEPTIC SERVICE
PO BOX 86
CHERRYVILLE, NC 28021

DENVER RESTAURANT EQUIPMENT COMPANY
 6778 East NC Hwy 150
Sherrills Ford, NC 28673

DEREK BAITY
3137 YORKSHIRE LANE
BOONVILLE, NC 27011

DERICK MCPHERSON SEPTIC TANK CLEANING
3258 ROGERS ROAD
GRAHAM, NC 27253

DEX ONE
3581 PAYSPHERE CIRCLE
CHICAGO, IL 60674

DIRECTV-60036
PO BOX 60036
LOS ANGELES, CA 90060-0036

DOCKERY'S HEATING & AIR CONDITIONING
DOCKERY'S HEATING & AIR CONDIT
KINGSPORT, TN 37660

DODSON PEST CONTROL
PO BOX 17242
BALTIMORE, MD 21297

DOUG FULK (new)
306 RIDGE RD.
MOCKSVILLE, NC 27028

DOUGLAS AND SONS, INC.
1025 N. CHIPLEY FORD ROAD
STATESVILLE, NC 28625-1574

DOUGLAS DISPLAYS
 7506 East Independence Blvd. Suite 124
Charlotte, NC 28227


DRIVERS LICENSE GUIDE COMPANY
1492 ODDSTAD DRIVE
REDWOOD CITY, CA 94063


DUKE ENERGY
 PO Box 70515
Charlotte, NC 28272


E-Z REMODELING CO.
1021 23RD ST. NE
HICKORY, NC 28601-4453


EAST TENNESSEE ENTERPRISES
PO BOX 1535
KODAK, TN 37764


EASTERN FOOD EQUIPMENT INC.
1930 HEALY DRIVE
WINSTON-SALEM, NC 27103


ECOLAB FOOD SAFETY SOLUTIONS
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


ECOLAB PEST ELIMINATION
 P.O. Box 905327
Charlotte, NC 28290


ECOLAB-CHARLOTTE/905327
PO BOX 905327
CHARLOTTE, NC 28290-5327


ELIZABETH CITY FIRE PROTECTION
706 FLORA ST
ELIZABETH CITY, NC 27909

Emrose Corporation
Attn:  George Havin
PO Box 108
Henderson, NC  27536


ENTERPRISE FLEET SERVICES
PO BOX 800089
KANSAS CITY, MO 64180-0089


ERIC'S CLEANING SERVICE
PO BOX 382
MAIDEN, NC 28650


ESP, LLC
301 10TH STREET NORTHWEST
CONOVER, NC 28613


EVERGREEN LANDSCAPING
422 BELL FARM ROAD
STATESVILLE, NC 28677


EVERIAN, INC.
PO BOX 2161
BOONE, NC 28607


F.S.I. OF CHARLOTTE
201 LINVILLE DRIVE
MATTHEWS, NC 28105


F.S.I.-SOUTHERN VA DIV
385 BRUNER ROAD
MONROE, VA 24574


FARNAM STREET FIN (RECURR)
 240 Pondview Plaza, 5850 Opus Pkwy.
 Minnetonka, MN 55343


FESCO FOOD EQUIPMENT SERVICES
2315 SYCAMORE  DRIVE
KNOXVILLE, TN 37921

FILTER SALES & MAINTENANCE
P.O. BOX 1333
MILLIGAN COLLEGE, TN 37682


FIRST SERVICE MECHANICAL
2803 PINECROFT RD.
GREENSBORO, NC 27407


FLEET FUELING
P.O. BOX 6293
CAROL STREAM, IL 60197-6293


FLOOR RESTORATION SERVICES, INC.
250 NEBBS TRAIL
MOCKSVILLE, NC 27028


FORGA RENTAL PROPERTIES
P.O. BOX 188
HAZELWOOD, NC 28738


FORT CHISWELL SEPTIC
P.O. BOX 723
MAX MEADOWS, VA 24360


FOSTER'S REFRIGERATION
315 WEST 22ND STREET
RICHMOND, VA 23225


FRANKLIN MACHINE PRODUCTS
P.O. BOX 8500 S-41570
PHILADELPHIA, PA 19178


FRAZIER ELECTRICAL CONTRACTING
4901 PUDDLEDOCK ROAD
PRINCE GEORGE, VA 23875


FREEMAN GAS - WAYNESVILLE 24
P.O. BOX 1608
WAYNESVILLE, NC 28786

FRONTIER NATURAL GAS
1927 N. Bridge Street
Elkin, NC 28621


FSI MAINTENANCE AND REPAIR
6518-B OLD WAKE FOREST RD
RALEIGH, NC 27616


G & B ENERGY
PO BOX 811
ELKIN, NC 28621


GASKETS ROCK OF THE CAROLINAS
2611 FLAGSTONE CT.
SHELBY, NC 28152


GECKO HOSPITALITY
DEPARTMENT 4542
CAROL STREAM, IL 60122-4542


GEORGE K. WALKER FLORIST INC.
2017 S. BROAD ST
WINSTON-SALEM, NC 27127


GIB'S SEPTIC SERVICE
4600 ELLISTOWN ROAD
KNOXVILLE, TN 37924


GREAT AMERICAN INSURANCE COMPANIES
P.O. Box 691516
Cincinnati, OH 45269


GREER'S SUPPLY COMPANY, INC.
2401 A PLANTATION RD.
ROANOKE, VA 24012


HAMPTON INN - MT. AIRY
2029 ROCKFORD STREET
MT. AIRY, NC 27030

HARKEY ELECTRIC INC.
P.O. BOX 6058
STATESVILLE, NC 28687


HARRILL LANDSCAPING AND IRRIGATION
3744 BOSTIC/SUNSHINE HWY.
BOSTIC, NC 28018


HARTMANN ELECTRIC INC.
P.O. BOX 517
HILDEBRAN, NC 28637


HAYNES PLUMBING (#9698)
905 EAST MARION ST
SHELBY, NC 28150


HERALD-JOURNAL - Spartanburg
ATLANTA, GA 30353-8693


HOBART  CORP.-8041C
8041C ARROWRIDGE BLVD
CHARLOTTE, NC 28273


HOBART-CHESAPEAKE
911 LIVE OAK DR.
CHESAPEAKE, VA 23320


HOFFMAN SEPTIC TANK PUMPING
110 ENTERPRISE DRIVE
ELIZABETH CITY, NC 27909


HOLIDAY INN EXP-SHELBY
2001 DIXON BLVD.
SHELBY, NC 28150


HOLIDAY INN EXPRESS-CLEMMONS
6320 AMP DRIVE
CLEMMONS, NC 27012

HOLIDAY INN EXPRESS-HICKORY
2250 HWY 70 SE
HICKORY, NC 28602


HOLIDAY INN EXPRESS-REIDSVILLE
101 EXPRESS DRIVE
REIDSVILLE, NC 27320


HOLIDAY INN SALISBURY
530 JAKE ALEXANDER BLVD. S
SALISBURY, NC 28144


HOLSTON GASES-KNOXVILLE
P.O. BOX 27248
KNOXVILLE, TN 37927


HOLSTON GASES-MORRISTOWN
PO BOX 127
MORRISTOWN, TN 37814


HOLSTON GASES-Tri-Cities
1150 SPRATLIN PARK DRIVE
GRAY, TN 37615


HOME & COMMERCIAL CLEANING SVC.
PO BOX 529
WYTHEVILLE, VA 24382


HURD'S MOWING SERVICE-NEW
533 ALCOA DR
KINGSPORT, TN 37660


INDEPENDENCE COMMUNICATIONS, INC.
P.O. BOX 7519
PHILADELPHIA, PA 19101


INDUSTRIAL STEAM CLEANING OF ASHEVILLE
PO BOX 421
ARDEN, NC 28704

INDUSTRIAL STEAM CLEANING OF VIRGINIA LLC
PO BOX 2993
GLEN ALLEN, VA 23058


INDUSTRIAL STEAM HOOD CLEANING, INC.
 8915 - J Sam Furr Road
Huntersville, NC 28078


Institution Food House
 700 12th Street Drive NW
 Hickory, NC 28601


INTERDYN-ARTIS
8100 TOWER POINT DRIVE
CHARLOTTE, NC 28227


Interstate Developers
1035 W. Main Street
Wytheville, VA  24382


INTERSTATE MANAGEMENT LLC
ATTN: BURT CLARK
BRISTOL, TN 37625


J.S. LAWN & CLEANING SERVICE
PO BOX 1472
NEWPORT, TN 37822


J.V.A. LAWN CARE & MAINTENANCE
 6903 Smoke Crest Drive
Kernersville, NC 27284


JAMES OXYGEN & SUPPLY CO.
30 HWY 321 NW
HICKORY, NC 28603-0159


JB'S WINDOW CLEANING SERVICES, INC.
PO BOX 3206
SALISBURY, NC 28145

JCB ENTERPRISES
2145 REHOBETH CHURCH RD.
SHELBY, NC 28150


JEFFERSON-COCKE COUNTY
122 HIGHWAY 25E
NEWPORT, TN 37821


JERRY STORIE ELECTRIC CO., INC.
2419 FRIENDSHIP CHURCH ROAD
BOONE, NC 28607


JIM PARRISH
228 CENTRAL DRIVE
WINSTON SALEM, NC 27107


JOBAPP NETWORK, INC.
850 STEPHENSON HWY.
TROY, MI 48083-1152


JONES BROTHERS LANDSCAPE, INC.
191 RUTH DRIVE
GAFFNEY, SC 29341


JP Steakhouse LLP
PO Box 3130
Mooresville, NC  28117


Kanawha Healthcare Solutions
 PO Box 610
 Lancaster, SC 29721


KATOM RESTAURANT SUPPLY INC
P.O. BOX 55
RUSSELLVILLE, TN 37860


KIVETT & SON, INC.
PO BOX 2918
ASHEBORO, NC 27204-2918

KNOXVILLE NEWS-SENTINEL CO./59053
P.O. BOX 59053
KNOXVILLE, TN 37950-9053

LAWING'S HEATING & AIR CONDITIONING
PO BOX 3784
HICKORY, NC 28603-3784

LEDFORD'S GARAGE (new)
CRAMERTON, NC

LEINBACH SERVICES, INC.
P.O. BOX 6389
KINGSPORT, TN 37663-2229

LEOPARD'S RESTAURANT SERVICE INC
121 LEOPARD LANE
BREVARD, NC 28712

LETT-US-PRODUCE, INC.
3422-2 HWY 105 S.
BOONE, NC 28607

LINCOLN COUNTY WATER DEPT.
115 W. MAIN STREET
LINCOLNTON, NC 28092-2601

LKN PRINTER SERVICE & SUPPLY, INC.
122 WOODSTORK COVE ROAD
MOORESVILLE, NC 28117

M & S BOOTH REPAIR
P.O. BOX 877
HUDSON, NC 28638

MAC PAPERS - CHARLOTTE
ATLANTA, GA 31193-0513

MACHINE & WELDING SUPPLY CO.
PO BOX 1708
DUNN, NC 28335-1708

MAGGIE VALLEY AREA VISITOR BUREAU
2487 SOCO RD.
MAGGIE VALLEY, NC 28751


MATHIS MASONRY
PO BOX 324
BREVARD, NC 28712


MCGUIRE WOODS-Charlotte
BANK OF AMERICA CORPORATE CTR.
CHARLOTTE, NC 28202


McGUIRE WOODS-Virginia
 901 E.Cary Street
Richmond, VA 23219


MCNUTT SERVICE GROUP, INC.
110 VISTA BLVD
ARDEN, NC 28704


MIKE'S HOME IMPROVEMENTS (new)
421 HIDDEN VALLEY CIRCLE
CANTON, NC 28716


MONEY MAILER OF SE CHARLOTTE LLC
1428 EMERAL LAKE DR
MATTHEWS, NC 28104


MOUNTAIN AIR SERVICES
1497 HIGH VALLEY RD
KING, NC 27021


MR. PLUMBER
116 2ND STREET
BEAN STATION, TN 37708


MR. ROOTER PLUMBING OF THE PIEDMONT
PO BOX 3131
EDEN, NC 27288

MUZAK LLC
P.O. BOX 71070
CHARLOTTE, NC 28272-1070


MUZAK OF VA/TN
P.O. BOX 534558
ATLANTA, GA 30353-4558


NATIONAL FOOD EQUIPMENT SERV.
 P.O. Box 26405
Raleigh, NC 27611


NCDENR
FEES PROGRAM
RALEIGH, NC 27699-1632


NEWPORT UTILITIES BOARD
P.O. BOX 519
NEWPORT, TN 37822-0519


NIXON PEABODY
 401 9th ST. NW Suite 900
Washington, DC 20004


NORTH POINT FLORIST, INC.
4029 BROWNSBORO RD
WINSTON-SALEM, NC 27106


NORWOOD'S COMMERCIAL APPLIANC
PO BOX 494
BANNER ELK, NC 28604


NUNNERY'S SEPTIC SERVICE & GREASE TRAP SERVICE
3301 SETH DRIVE
SANFORD, NC 27330


Oakleaf Waste Management
 800 Connecticut Blvd.
East Harford, CT 6108

Old Dominion Bristol VA
52 Sagamore Road
Bronxville, NY  10708


ORRELL'S OUTDOOR SERVICE, INC.
7883 MONTEGO LANE
DENVER, NC 28037


PADDOCK
170 BAYMOUNT DRIVE
SALISBURY, NC 28144


Park Sterling Bank Att: Bill Newbold
  PO Box 32727
Charlotte, NC 28232


PAUL'S PLUMBING AND DRAIN
P.O. BOX 9485
HICKORY, NC 28603


PAVE TECHNOLOGY
 544 Leston Gilbert Dr.
Kernersville, NC 27284


PEPSI-COLA NATIONAL REMITTANCE
LOCK BOX #75948
CHICAGO, IL 60675-5948


PERFECT PLUMBING
P.O. BOX 1121
ELIZABETH CITY, NC 27909


PIEDMONT NATURAL GAS CO.
 PO Box 533500
Atlanta, GA 30363


PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

PITNEY BOWES-856460
PO BOX 856460
LOUISVILLE, KY 40285-6460


POST PUBLISHING COMPANY
PO BOX 4639
SALISBURY, NC 28145-4639


PREMIER LANDSCAPES INC.
CORPORATE OFFICES
ROGERSVILLE, TN 37857


PROGRESS ENERGY CAROLINAS, INC
 PO Box 2041
Raleigh, NC 27602


PROTEC U CORPORATION
200 S. MAIN ST
WAYNESVILLE, NC 28786


PSNC ENERGY
PO BOX  100256
COLUMBIA, SC 29202-3256


PYE-BARKER FIRE & SAFETY, INC.
P.O. BOX 70008
MARIETTA, GA 30007-0008


QUALITY INN - ELIZABETH CITY
522 SOUTH HUGHES BLVD
ELIZABETH CITY, NC 27909


RAPID FIRE EQUIPMENT, INC.
PO BOX 4307
SEVIERVILLE, TN 37864-4307


RED ROOF INNS, INC.
ACCOUNTS RECEIVABLE
DALLAS, TX 75284-9800

REECE LAWN SERVICE
132 WARNER ROAD
CANTON, NC 28716


REGIONS EQUIPMENT FINANCE, LTD.
P.O. BOX 11407
BIRMINGHAM, AL 35246-1090


RESTAURANT LIQUID SERVICES, LLC
 12986 Collections Center Dr.
Chicago, IL 60693


RiverView Holdings, LLC
230 Dutchman Creek Road
Elkin, NC  28621


ROBERT FINK (new)


ROOTER SERVICE (new)
88 WILD TURKEY RUN
CEDAR MOUNTAIN, NC 28718


ROTO-ROOTER-Charlotte-Chicago
5672 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ROTO-ROOTER-SALISBURY
P.O. BOX 1962
SALISBURY, NC 28144


RURAL SEPTIC SERVICE
P.O. BOX 644
POWELL, TN 37849


S & S SIGN SERVICES (new)
PO BOX 697
MAGGIE VALLEY, NC 28751

SALISBURY FIRE APPLIANCE CO.
4809 S MAIN STREET
SALISBURY, NC 28147


SARA HARDEE (formerly D&S Repair)
PO BOX 375
HICKORY, NC 28603


SCOTT INSURANCE
 6135 Park South Drive, Ste 100
Charlotte, NC 28210


SERENITY PLANTSCAPES
P.O. BOX 861
MOYOCK, NC 27958


SHARP BUSINESS SYSTEMS
DEPT. AT 40322
ATANTA, GA 31192-0322


SHOWCASE LAWNS
437 JOHNSON DAIRY ROAD
MOORESVILLE, NC 28115


SIGMON REFRIGERATION OF NC,  INC
PO BOX 2220
DENVER, NC 28037


SIGN SYSTEMS, INC.
PO BOX 3767
HICKORY, NC 28603


SLEEP INN STATESVILLE
125 TURNERSBURG HWY
STATESVILLE, NC 28677


SOUTH CENTRAL SOUND
PO BOX 633496
CINCINNATI, OH 45263-3496

SOUTHAMPTON CUTTING INDUSTRY
24509 AGRI PARK DRIVE
COURTLAND, VA 23837


SOUTHSIDE HANDYMAN SERVICES, LLC
PO BOX 340
SUTHERLAND, VA 23885-0340


SPARTAN AMERICA INC.
ALEXAN NORTH HILLS
RALEIGH, NC 27609


SPRINT - 219100
PO BOX 219100
KANSAS CITY, MO 64121-9100


STAR STATIONERS, INC.
349-E WEST TREMONT AVE.
CHARLOTTE, NC 28203


STARR EQUIPMENT CO.
D/B/A HOBART SALES & SERVIC
KNOXVILLE, TN 37914


STEER LTD.
507 Briar Creek Drive
Knoxville, TN 37922


STEVEN J KESSLER
TIP TOP ROOFING
KINGSPORT, TN 37662


STRATEGIC COMP SERVICES
PO BOX 536738
ATLANTA, GA 30353-6738


SUPER 8 - Monroe
608-E WEST ROOSEVELT BLVD.
MONROE, NC 28110

SUPERIOR LINEN & WORK-WEAR
3001 CHERRY ST
KANSAS CITY, MO 64108-3124


SURETEMP MECHANICAL INC.
PO BOX 1409
SANFORD, NC 27331


TENNESSEE DRUG & ALCOHOL
207 GILL STREET
ALCOA, TN 37701


Tennessee Land Company
PO Box 730
Claremont, NC  28610


THE JAMESON INN OF GAFFNEY
101 STUARD STREET
GAFFNEY, SC 29341


THE PROGRESS-INDEX
PO BOX 71
PETERSBURG, VA 23804-0071


THE SHERWIN-WILLIAMS CO.
201 KNOB HILL RD
MOORESVILLE, NC 28117


THE SPECIAL EVENT LINEN COMPANY, INC.
P.O. BOX 1056
LINCOLNTON, NC 28093


THOMPSON PLUMBING & PUMP SERVICE,INC.
772 BRAWLEY SCHOOL ROAD
MOORESVILLE, NC 28117


TIME WARNER CABLE - 70873
PO BOX 70873
CHARLOTTE, NC 28272-0873

TOWN OF BOONE
PO DRAWER 192
BOONE, NC 28607-0192

TOWN OF MOCKSVILLE
171 CLEMENT STREET
MOCKSVILLE, NC 27028

TOWN OF WYTHEVILLE-UTILITIES
P.O. BOX 441
WYTHEVILLE, VA 24382

TRANSAMERICA WORKSITE
PREMIUM ACCOUNTING
CINNCINNATI, OH 45274-2504

TRAVIS SINK (new)
8426 DONNAHA RD
TOBACCOVILLE, NC 27050-9745

TRIAD HOSE & HYDRAULICS, INC.
203 EAST DALTON STREET
KING, NC 27021

TRIMARK FOODCRAFT
2601 HOPE CHURCH RD
WINSTON-SALEM, NC 27103-6703

TRITON ELECTRIC
PO BOX 1864
INDIAN TRAIL, NC 28079

TSS DESIGNS, INC/TONI SLOAN SUCHKA
 106 Turben Ct.
Greenville, SC 29607

TURF SERVICES/ IMAGE CARPET CLEANING & UPHOLSTERY
P.O. BOX 57
MARSHVILLE, NC 28103

UNIGUEST
1035 ACORN DRIVE
NASHVILLE, TN 37210


VA DEPARTMENT OF TAXATION -LITTER TAX
PO BOX 405
RICHMOND, VA 23218-0405


VALLEY PROTEINS, INC. 643393
PO BOX 643393
CINCINNATI, OH 45264-3393


VANNOY AND LANKFORD
 PO Box 36
North Wilkesboro, NC 28659


VICTORY PRESS
PO BOX 5412
MOORESVILLE, NC 28117


WAGNER NOBLE & COMPANY
 5970 Fairview Road, Suite 402,
Charlotte, NC 28210


WESTERN CAROLINA PUBLISHING
PO BOX 40
LINCOLNTON, NC 28093-0040


WESTERN PIEDMONT PARALEGAL ASSOCIATION
1001 BURKEMONT AVE.
MORGANTON, NC 28655


WHALEY FOODSERVICE REPAIRS
c/o BB&T
CHARLOTTE, NC 28289


WILSON ELECTRIC OF BREVARD, LLC
5434 OLD HENDERSONVILLE HWY
PISGAH FOREST, NC 28768

WINGATE INN - MOORESVILLE
122 REGENCY CENTER DRIVE
MOORESVILLE, NC 28117


WINKS PROFESSIONAL TURF CARE
3019 DEAL MILL RD
HUDSON, NC 28638


WINSTON-SALEM JOURNAL - 26549
PO BOX 26549
RICHMOND, VA 23261-6549


WKBC-FM / WILKES BROADCASTING CO.
PO BOX 938
NORTH WILKESBORO, NC 28659


WNC WINDOW CLEANERS
PO BOX 59
LEICESTER, NC 28748


WORKSITE BENEFIT PLANS, INC.
8524 SOUTH WESTERN, SUITE 106
OKLAHOMA CITY, OK 73139


WYTHEVILLE OFFICE SUPPLY, INC.
PO BOX 40
WYTHEVILLE, VA 24382